**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JULIA KISOSONDI,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendants.

2:14-cv-01246-JCM-VCF

**ORDER**

Before the court is the Motion Requesting Exception to Settlement Conference Attendance Requirement (#19).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion Requesting Exception to Settlement Conference Attendance Requirement (#19) must be filed on or before October 7, 2015. No reply necessary.

DATED this 1st day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE