**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JULIA KISOSONDI, an individual; and MATTHEW KISOSONDI, an individual.<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | 2:14-cv-01246-JCM-VCF<br><br>**ORDER** |

Before the court is the Motion Requesting Exception to Settlement Conference Attendance Requirement (#19).  Plaintiffs filed a non-opposition to the motion on October 2, 2015.  (#21).

Accordingly and with good cause appearing,

IT IS HEREBY ORDERED that AUSA Troy Flake, Esq. may participate in the settlement conference scheduled for October 19, 2015, in this matter, as the sole settlement representative for the Government.

DATED this 8th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE